IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA		Date:	February 22, 2016

vs.		Case No.: 14-4032-01-CR-C-BCW

JEANA RANAE VIEBROCK

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 1:14 pm – 1:36 pm
1:36 pm – 1:38 pm Court in recess for informal conference with PPTS
1:38 pm – 1:43 pm

APPEARANCES

**Plaintiff's counsel:** Anthony Gonzalez, AUSA
**Defendant's counsel:** Lauren Kummerer
**Probation officer:** Jeremy Thomas

**PROCEEDINGS IN COURTROOM:** Above parties present. Court adopts Report and Recommendation on Plea of Guilty. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution. Motion (doc# 44) granted.

**SENTENCE:** Defendant committed to custody of BOP for a period of 1 year and 1 day on Count 1; followed by 3 years supervised release with Standard/Additional Conditions of Supervision imposed. FINE: waived; MSA: $100. Dft advised of right to appeal. Defendant to self-surrender on April 7, 2016 at 2:00 pm..

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James